THE STATE EX REL. WALLS, APPELLANT, *v.* OHIO
MASONIC HOME ET AL., APPELLEES.

[Cite as *State ex rel. Walls v. Ohio Masonic Home,*
98 Ohio St.3d 285, 2003-Ohio-370.]

(No. 2002–0236—Submitted January 7, 2003—Decided February 12, 2003.)

{¶ 1} The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., RESNICK, PFEIFER, COOK, LUNDBERG STRATTON and O'CONNOR, JJ., concur.

F.E. SWEENEY, J., dissents and would reverse the judgment of the court of appeals.

Robert M. Robinson, for appellant.

Martin, Browne, Hull & Harper, P.L.L., and Richard F. Heil Jr., for appellee Ohio Masonic Home.

Jim Petro, Attorney General, and Daniel M. Hall, Assistant Attorney General, for appellee Industrial Commission of Ohio.

THE STATE EX REL. TAMCO DISTRIBUTORS COMPANY, APPELLANT,
*v.* INDUSTRIAL COMMISSION OF OHIO ET AL., APPELLEES.

[Cite as *State ex rel. Tamco Distrib. Co. v. Indus.
Comm.,* 98 Ohio St.3d 285, 2003-Ohio-369.]

(No. 2002–0701—Submitted January 7, 2003—Decided February 12, 2003.)

{¶ 1} The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, COOK, LUNDBERG STRATTON and O'CONNOR, JJ., concur.

David R. Cook, for appellant.

Jim Petro, Attorney General, and Keith D. Blosser, Assistant Attorney General, for appellee Industrial Commission of Ohio.

Elliott, Heller, Maas, Moro & Magill Co., L.P.A., Robert J. Foley and Richard L. Magill, for appellee Marilyn D. Cramb.

THE STATE EX REL. SCOTT, APPELLANT, *v.* INDUSTRIAL COMMISSION OF OHIO, APPELLEE.

[Cite as *State ex rel. Scott v. Indus. Comm.,*
98 Ohio St.3d 286, 2003-Ohio-371.]

(No. 2002–0899—Submitted January 7, 2003—Decided February 12, 2003.)

{¶ 1} The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., RESNICK, PFEIFER, COOK, LUNDBERG STRATTON and O'CONNOR, JJ., concur.

F.E. SWEENEY, J., dissents.

Law Office of Thomas Tootle Co., L.P.A., and Thomas Tootle, for appellant.